David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DiSANTE & FREUDENBERGER LLP
2600 Michelson Drive
Suite 800
Irvine, California  92612
Telephone:  (949) 622-1661
Facsimile:  (949) 622-1669

Attorneys for Defendant
LOCAL LIGHTHOUSE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MILEWSKI, on behalf of herself and a class,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOCAL LIGHTHOUSE CORP., a/k/a LOCAL LIGHTHOUSE, INC., and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 8:15-cv-02102-JVS (JPRx)<br><br>Assigned for All Purposes To:<br>Judge: James V. Selna<br>Ctrm:  10C<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Transfer Date:  December 1, 2015 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), named Plaintiff SUSAN MILEWSKI ("Plaintiff Milewski") and Defendant LOCAL LIGHTHOUSE CORP. ("Defendant") (Plaintiff and Defendant shall be referred to collectively as the "Parties") in the above-captioned action ("Action") respectfully move this Honorable Court to dismiss the entirety of Plaintiff Milewski's individual claims with prejudice and the putative class action claims Plaintiff Milewski alleges without prejudice.  A proposed order has been concurrently submitted to this Court.  Each party shall bear her/its own attorneys' fees, costs, and expenses in the Action.

Pursuant to <u>Federal Rules of Civil Procedure</u> Rule 41(a)(1)(A)(ii), Plaintiff Milewski may dismiss this Action without Court Order by filing this Stipulation of Dismissal, signed by counsel of record for all Parties.

CAROTHERS DiSANTE &
FREUDENBERGER LLP

1036408.1

1          This Stipulation of Dismissal complies with Rule 41(a)(1)(A), in that there is

2    no certified class in this Action.  Further, Rules 23.1(c), 23.2 and 66 do not apply to

3    this Action.

4            **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:**

5

6    Dated:  February 10, 2016     EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC

7

8                     By:_____/s/ Michelle A. Alyea_____

9                     Michelle A. Alyea
                 Attorneys for Plaintiff Susan Milewski

10

11   Dated:  February 10, 2016     CAROTHERS DISANTE & FREUDENBERGER
     LLP

12

13                    By: _____/s/ David G. Hagopian_____

14                           David G. Hagopian

15                    Attorneys for Defendant
                 LOCAL LIGHTHOUSE CORP.

16

17

18

19

20

21

22

23

24

25

26

27

28